UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

FILED
SEP 27 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| LORIN KAL BUCKNER ) | |
| ) | BIVENS ACTION |
| v. ) | |
| ) | Bivens v. Six Unknown Named Agents |
| Micheal R. Barrett ) | of the Federal Bureau of Narcotics |
| Ebunolwa A. Taiwo ) | 403 U.S. 388 (1971). |
| Timothy. Managan ) | |
| Daniel Cifuo ) | |

1:23-cv-1731-JRS-MG

Plaintiff demands a trial by Jury

Plaintiff in the above-captioned action, alleges as follows:

## JURISDICTION

This is a civil action brought pursuant to Bivens v. Six Unknown Named Agents of the
Federal Bureau of Narcotics, 403 U.S. 388 (1971). The Court has jurisdiction over this
action pursuant to 28 U.S.C. §§ 1331 and 2201.

## PARTIES

Plaintiff: Lorin Kal Buckner

Defendant: Micheal R. Barrett
Official Position: Judge
Address: 100 E 5th Street Rm 235, Cincinnati, Ohio 45202

Defendant: Ebunolwa A. Taiwo
Official Position: Assistant U.S Attorney
Address: 221 E 4th St, Suite 400, Cincinnati, Ohio 45202

Defendant: Timothy Managan
Official Position: Assistant U.S Attorney
Address: 221 E 4th St, Suite 400, Cincinnati, Ohio 45202

Defendant: Daniel Cifuo
Official Position: FBI Special Agent
Address: 2012 Ronald Reagan Drive, Cincinnati Ohio, 452326

## FACTS

This is a textbook case of deprivation of rights under color of law. On March 13th, 2019, I was served with a false 24 count indictment which was later dropped as there was no basis or evidence to uphold the fraudulent claims brought against me. After that suit was dropped I was then charged with conspiracy to commit wire fraud. Furthermore this is a case of whistleblower retaliation as this false indictment was brought against me after I served agent Cifuo with evidence that judges were receiving payments from banks while simultaneously adjudicating cases from the same banks. It was a conflict of interest for the judges to have multiple HELOCs from those banks while deciding foreclosure cases that are in the interest of those same banks. There was no valid warrant for any of the proceedings. I lost my home as a result of the false indictment. My bank accounts were closed by the government with no warrant, indictment, or other reason allowed by law. I was deprived of my right to a speedy trial as I was in pretrial for 4 years and the government refused to provide any findings or conclusions in law for that decision arbitrarily waiving my constitutional right for the so called interest of the public without providing any basis for that decision. To my knowledge no grand jury was convened for the indictment. The court appointed attorney violated my attorney client privilege by giving the judge a private communication between me and my counsel. On top of that I was denied truth and evidence by the judge. The judge has also continuously practiced law from the bench. The judge oversaw the false 24 count indictment and when that was dropped he continued to oversee the current proceedings. I have been denied my 4th amendment right to have my person and property secure without a valid warrant. I have been deprived of my 5th amendment right to due process, as well as my 6th amendment rights to be informed of the nature and cause of the action and to have a compulsory process for obtaining witnesses in my favor. The judge, the prosecutor, and all involved parties conspired to deprive me of my rights and continue to maliciously prosecute despite my pleas. There has also been clear evidence of tampering and changing my documents submitted into evidence. I have been slandered and defamed in the media and finally the court has failed to adhere to the Federal Rules of Criminal Procedure.

## CAUSES OF ACTION

### 1st CAUSE OF ACTION

Deprivation of rights under color of Law and Conspiracy against rights under color of Law; 42 USC 1983 and 1985 as the judge and prosecutor both ignored my pleas and refused to answer points of order.

### 2nd CAUSE OF ACTION

5th Amendment Violations of due process; 4th amendment violations due to the Lack of a warrant, as well as 6th amendment rights

### 3rd CAUSE OF ACTION

Did not award me the right to a fair trial. I was arbitrarily denied truth in evidence. The court also changed my documents on the record.

### 4th CAUSE OF ACTION

Violation of my right to a speedy trial. Iwas in pre-trial for 4 years, the judge and prosecutor refused to provide any findings or conclusions as to why they waived my right in favor of the government denying me any understanding as to why.

### PRAYER FOR RELIEF

I request all the charges against me should be dropped and the case dismissed with Prejudice and to be made whole again as the remedy is to be placed into the position one would have been in if due process was followed. Certain fundamental errors demand the case be dismissed in the interest of justice.

_/s/ Lorin Kal Buckner_
Lorin Kal Buckner

2650 Doctor Martin Luke King - APT. 88640.
INDY, INDIANA -
46208.

LKBCOACH@GMAIL.COM.

513-518-9013