FILED
SEP 27 2023
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LORIN KAL BUCKNER<br><br>Plaintiff,<br><br>vs.<br>MICHAEL R. BARRETT<br>EBUNOLWA A TAIWO<br>TIMOTHY MANAGAN<br>DANIEL CIUFO<br>Defendant. | MOTION TO ORDER A PERMANENT INJUNCTION STAYING CASE<br><br>1:23-cv-1731-JRS-MG |

## PLAINTIFF'S MOTION TO ORDER A PERMANENT INJUNCTION STAYING CASE

Plaintiff Motions that the Court issue a PERMANENT INJUNCTION Staying the case in Cincinnati Ohio Case Number 1-19-CR-00024

### INTRODUCTION

The Defendants intend to move forward with proceedings scheduled for October 4th 2023 unless a PERMANENT INJUNCTION is granted

This matter arises out of defendant's actions to proceed without due process and deprivation of rights. Plaintiff is stating that no one has given him the nature and cause after numerous requests from the defendants, Ineffective assistance of council and ignoring the plaintiffs constitutional rights

To date (September 27, 2023) the defendant has not entered a valid response, there the plaintiff is entitled to a default judgment

There is a likelihood of success on the merits of Plaintiff's case. The Plaintiff, Having won on the basis of default satisfies the likelihood of success

## CONCLUSION

Until this Controversy is resolved, Denial of PERMANENT INJUNCTION will result in irreparable harm, the Deprivation of the Plaintiffs rights and all the trauma that goes with it, including damage to Plaintiffs relationships, family, and reputation with the community

Granting the PERMANENT INJUNCTION will not result in harm to the nonmoving party. If Defendant can, prove they have given the plaintiff the nature and cause and effective assistance of counsel.

Respectfully submitted: This September 27th 2023

*Lorin Kal Buckner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been Delivered by hand delivery.
To: 221 E 4th St
Cincinnati OH 45202

This __27____ day of ___September_____, 2023