UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LORIN KAL BUCKNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01731-JRS-MG ) |
| MICHAEL R. BARRETT,[1] EBUNOLWA A. TAIWO, TIMOTHY MANAGAN, DANIEL CIFUO, | ) ) ) ) ) |
| Defendants. | ) |

**Final Judgment**

This action is dismissed without prejudice for lack of subject-matter jurisdiction. The case is closed.

Date: 10/03/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

LORIN KAL BUCKNER
2650 Dr. Martin Luther King Jr.
Apt. 88640
Indianapolis, IN 46208

---

[1] The Court has corrected the misspelling in District Judge Barrett's name.